IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAUL C. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3009 |
| | ) | |
| v. | ) | |
| | ) | |
| TELEX COMMUNICATIONS, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

The letter request of counsel for the parties is granted. The Rule 16 telephone planning conference is continued from June 4 to June 25, 2009 at 9:30 a.m. Plaintiff's counsel shall initiate the call.

DATED this 3rd day of June, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge